UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
Salvatore Loria

          Plaintiff,

    -v-

United States Department of Health & Human Services
          Defendant.
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

07 Civ. 5987 (LAP)

ORDER

LORETTA A. PRESKA, U.S.D.J.:

    There having been no recent activity in the above captioned case; It is hereby Ordered that this matter is dismissed without prejudice for lack of prosecution. All pending motions shall be deemed moot.

    ORDERED that the Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED.

                                                    Loretta A. Preska
                                                  LORETTA A. PRESKA, U.S.D.J.

Dated: New York, New York
       March 17, 2008

1